**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL HARPER,<br><br>                Plaintiff,<br><br>     v.<br><br>M. AYALA, et al.,<br><br>                Defendants. | Case No. 1:24-cv-1551 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATIONS TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Docs. 2, 7) |

Daniel Harper seeks to proceed *in forma pauperis* in this action, in which he alleges the defendants violated his civil rights while housed at Corcoran State Prison. (Docs. 1, 2.) Plaintiff requests to proceed *in forma pauperis* in this action. The magistrate judge identified four actions that were dismissed for failure to state a claim and "qualify as a strike under Ninth Circuit law for purposes for § 1915(g)." (Doc. 7 at 5.) In addition, the magistrate judge found "there are no facts whatsoever that plausibly indicate Plaintiff was in imminent danger of serious physical injury at the time he filed the instant action, because Plaintiff alleges only that he "was improperly charged with a RVR stemming from the incident concerning his knee brace." (*Id.*) Therefore, the magistrate judge found the imminent danger exception to Section 1915 does not apply and recommended the motion to proceed *in forma pauperis* be denied. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 7 at 6.) The Court advised Plaintiff that the

"failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file any objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations filed on December 20, 2024 (Doc. 7) is **ADOPTED** in full.
2. Plaintiff's pending motion to proceed *in forma paupers* (Doc. 2) is **DENIED.**
3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $405.00 filing fee if he wishes to proceed with his action.

**Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:  **January 14, 2025**

UNITED STATES DISTRICT JUDGE

2